JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GENNADY SOROCHKIN,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

Case No. 5:26-cv-01638-PD

**JUDGMENT**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to the first claim under 8 U.S.C. § 1231(a)(6) and the Fifth Amendment Due Process Clause.

The remaining three claims for relief are dismissed without prejudice.

DATED: April 14, 2026

Patricia Donahue

Patricia Donahue
United States Magistrate Judge